No. 88–6815.  TRAYLOR v. CITY OF ATLANTA BUREAU OF FIRE SERVICE ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 88–6816.  BERRY v. DUCKWORTH, SUPERINTENDENT, INDIANA STATE PRISON, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 88–6823.  ALLEN v. MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY.  C. A. 6th Cir.  Certiorari denied.

No. 88–6825.  MASSEY v. OREGON.  Sup. Ct. Ore.  Certiorari denied.

No. 88–6830.  BENNETT v. FORTNER, SUPERINTENDENT, LAWTEY CORRECTIONAL INSTITUTION AT LAWTEY, FLORIDA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 88–6831.  SIZEMORE v. BLANKENSHIP, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 88–6837.  WRIGHT v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 88–6839.  AUGUST v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 88–6844.  WILLIAMS v. MARYLAND ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 88–6846.  SUMMERS v. CHAVIS, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 88–6847.  SMITH v. BESSINGER, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 88–6851.  McLAUGHLIN v. REES, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 88–6852.  HOLLOWAY v. CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.